**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jewell Miller WARREN, also known as Pepper, Defendant–Appellant.**

No. 10–50951
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 16, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Christopher Brien Weixel, Esq., San Antonio, TX, for Defendant–Appellant.

Jewell Miller Warren, Chaparral, NM, pro se.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jewell Miller Warren in her appeal from the revocation of supervised release has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Warren has not filed a response.

During the pendency of this appeal, Warren completed her sentence of imprisonment, and she has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987). Accordingly, the appeal is dismissed, and counsel's motion to withdraw is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.